UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICHOLAS VIDAL,<br><br>　　　Plaintiff,<br><br>v.<br><br>24 HOUR TIRE SHOP &<br>AUTO CARE SERVICE,<br><br>　　　Defendant. | CIVIL ACTION NO.<br>1:16-CV-02575-ELR |

## DEFAULT JUDGMENT

This action having come before the Court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Plaintiff's Final Motion for Default Judgment against Defendant, and the Court having granted said motion, it is hereby

**ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiff Nicholas Vidal and against Defendant 24 Hour Tire Shop & Auto Care Service in the following amounts:

- $18,585.00 pursuant to the Fair Labor Standards Act;
- $2,072.00 in attorneys' fees; and
- $716.13 in costs.

Dated at Atlanta, Georgia this 31st day of October, 2017.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                          By:    *s/ Charlotte Diggs*
                                        Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
    October 31, 2017
James N. Hatten
Clerk of Court

By: *s/ Charlotte Diggs*
      Deputy Clerk